_____



SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**In Re: HERBERT G. ROGERS, III**                                      **CHAPTER 11**
                                                                        **NO. 11-15431 DWH**

### ORDER APPROVING FIRST AND FINAL APPLICATION FOR
### APPROVAL OF FEES AND EXPENSES BY THE ATTORNEY FOR DEBTOR

THIS CAUSE having come on for hearing this date on the First and Final Application for Approval of Fees by Robert Gambrell, Attorney at Law, with the firm Gambrell & Associates, PLLC, Attorneys for the Debtor, and said Application having been duly itemized and filed with the Court and served upon the U. S. Trustee, and further having been duly and properly noticed to all creditors and parties-in-interest, with a 21-day Objection deadline, and no Objections to said Application having been filed with this Court within the time period within such deadline, and the Court further having been fully advised in the premises, finds that said Application should be and hereby is approved for payment in the total amount of $24,321.86, which amount consists of $22,810.50 in legal fees and $1,511.36 in out-of-pocket expenses from September 21, 2011 through January 17, 2013; it is therefore

ORDERED AND ADJUDGED, that the First and Final Application for Approval of Fees and Expenses by Robert Gambrell of the firm Gambrell & Associates, PLLC, Attorneys for the Debtor in the total amount of $24,321.86, which amount consists of $22,810.50 in legal fees and $1,511.36 in out-of-pocket expenses, should be and hereby is approved for payment as an administrative expense in this proceeding; it is

FURTHER, ORDERED AND ADJUDGED, that the firm Gambrell & Associates, PLLC should be and hereby is authorized to apply the $21,039.00 retainer to the approved fees; it is

FURTHER, ORDERED AND ADJUDGED, that the remainder of the approved fees in the amount of $3,282.86 are authorized to be paid as a Chapter 11 administrative expense, if funds are available for Chapter 11 administrative expenses.

SO ORDERED

##END OF ORDER##

Submitted by:

 /s/ Robert Gambrell MS Bar #4409
Atty for Debtor
Gambrell & Associates, PLLC
101 Ricky D. Britt Blvd., Ste. 3
Oxford, MS 38655
Ph: (662)281-8800 / Fax: (662)202-1004
rg@ms-bankruptcy.com