## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**                                                    **CASE NUMBER:**

**HERBERT G. ROGERS, III,**                                  **11-15431**

## MOTION FOR AUTHORITY AND  APPROVAL TO MAKE DISBURSEMENTS TO TAXING AUTHORITIES

Comes now SELENE D. MADDOX, Trustee for the above captioned estate, and files this her Motion for Authority and Approval to Make Disbursements to Taxing Authorities,  and in support thereof, states unto the Court as follow, to-wit:

On September 15, 2015, the Trustee filed the estate's federal and state tax returns, copies of which are attached hereto.  The tax liability due on the federal return is $28,425.00, plus interest from the date of the filing of the return until the date paid and to include any penalties, if any.  The tax liability due on the state return is $9,860.00, plus interest from the date of the filing of the return until the date paid and to include any penalties, if any.

**WHEREFORE**, for the foregoing reason, the Trustee respectfully requests that, after due notice is given to all creditors and parties-in-interest, the Court enter its Order authorizing and approving the foregoing described disbursements, plus any additional interest and penalties to accrue until paid, and she requests such other and further relief as the Court may deem just and proper.

**Respectfully submitted,** on this the __15th__ day of __September__, 2015.

/S/ SELENE D. MADDOX
**SELENE D. MADDOX, Trustee**
**Attorney for Trustee**
**MSB #1815**

**362 N. Broadway Street**
**Tupelo, MS 38804  (662) 842-1600**

## CERTIFICATE OF SERVICE

I, SELENE D. MADDOX, certify that on the 18th day of October, 2010, I mailed a copy of the foregoing to the following:

Internal Revenue Service
401 West Peachtree Street, N.W.
Stop 603-D
Atlanta, GA 30308

Internal Revenue Service Center
Ogden, UT 84201-0148

Internal Revenue Service
Stop 18
100 West Capitol Street
Jackson, MS 39269

Samuel Wright, Esquire
Assistant U.S. Attorney
900 Jefferson Avenue
Oxford, MS   38655-3608

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA   19114

Office of Revenue
State of Mississippi
Post Office Box 23050
Jackson, MS   39225-3050

I further certify that a copy of the foregoing was sent to the Office of the U.S. Trustee using the United States Bankruptcy Court's ECF System.

/S/ SELENE D. MADDOX
SELENE D. MADDOX

EXHIBIT "A"

Form **1041**  Department of the Treasury — Internal Revenue Service
**U.S. Income Tax Return for Estates and Trusts**  **2014**  OMB No. 1545-0092

► Information about Form 1041 and its separate instructions is at *www.irs.gov/form1041.*

| | For calendar year 2014 or fiscal year beginning , 2014, and ending | |
|---|---|---|
| **A** Check all that apply: | Name of estate or trust (If a grantor type trust, see the instructions.) | **C** Employer identification number |
| ☐ Decedent's estate | | ~~30-64~~07481 |
| ☐ Simple trust | BANKRUPTCY ESTATE OF HERBERT G ROGERS III | **D** Date entity created |
| ☐ Complex trust | Name and title of fiduciary | 12-10-2013 |
| ☐ Qualified disability trust | SELENE D MADDOX, TRUSTEE | **E** Nonexempt charitable and split-interest |
| ☐ ESBT (S portion only) | Number, street, and room or suite number (If a P.O. box, see the instructions.) | trusts, check applicable box(es), see instr: |
| ☐ Grantor type trust | 362 NORTH BROADWAY STREET | ☐ Described in section 4947(a)(1). Check |
| ☒ Bankruptcy estate – Chapter 7 | City or town, state or province, country, and ZIP or foreign postal code | here if not a private foundation . . ► |
| ☐ Bankruptcy estate – Chapter 11 | TUPELO  MS 38804 | ☐ Described in section 4947(a)(2) |
| ☐ Pooled income fund | | |

**B** Number of Schs K-1 attached (see instructions) ► 0  
**F** Check applicable boxes: ☒ Initial return ☐ Final return ☐ Amended return ☐ Net operating loss carryback ☐ Change in trust's name ☐ Change in fiduciary ☐ Change in fiduciary's name ☐ Change in fiduciary's address

**G** Check here if the estate or filing trust made a section 645 election . . . . . ► ☐ Trust TIN ►

| | Income | | |
|---|---|---|---|
| | **1** Interest income . . . . . . . . . | **1** | |
| | **2 a** Total ordinary dividends . . . . . . . . . | **2 a** | |
| | **b** Qualified dividends allocable to: **(1)** Beneficiaries _____ **(2)** Estate or trust _____ | | |
| | **3** Business income or (loss). Attach Schedule C or C-EZ (Form 1040) . . . | **3** | |
| | **4** Capital gain or (loss). Attach Schedule D (Form 1041) . . . . . . | **4** | |
| | **5** Rents, royalties, partnerships, other estates and trusts, etc. Attach Schedule E (Form 1040) | **5** | |
| | **6** Farm income or (loss). Attach Schedule F (Form 1040) . . . . . | **6** | |
| | **7** Ordinary gain or (loss). Attach Form 4797 . . . . . . . . . | **7** | |
| | **8** Other income. List type and amount | **8** | |
| | **9** **Total income.** Combine lines 1, 2a, and 3 through 8 . . . . . . . ► | **9** | |

| Deduc- tions | | | |
|---|---|---|---|
| | **10** Interest. Check if Form 4952 is attached ► ☐ . . . . . . . . | **10** | |
| | **11** Taxes . . . . . . . . . . . . . . . . . . . . | **11** | |
| | **12** Fiduciary fees . . . . . . . . . . . . . . . . . . | **12** | |
| | **13** Charitable deduction (from Schedule A, line 7) . . . . . . . . | **13** | |
| | **14** Attorney, accountant, and return preparer fees . . . . . . . . | **14** | |
| | **15a** Other deductions **not** subject to the 2% floor (attach schedule) . . . . | **15a** | |
| | **b** Net operating loss deduction (see instructions) . . . . . . . . | **15b** | |
| | **c** Allowable miscellaneous itemized deductions subject to the 2% floor . . . | **15c** | |
| | **16** Add lines 10 through 15c . . . . . . . . . . . . . . | **16** | |
| | **17** Adjusted total income or (loss). Subtract line 16 from line 9 . . . . . **17** | | |
| | **18** Income distribution deduction (from Schedule B, line 15). Attach Schedules K-1 (Form 1041) . . . | **18** | |
| | **19** Estate tax deduction including certain generation-skipping taxes (attach computation) . . | **19** | |
| | **20** Exemption . . . . . . . . . . . . . . . . . . | **20** | |
| | **21** Add lines 18 through 20 . . . . . . . . . . . . . . | **21** | |

| Tax and Payments | | | |
|---|---|---|---|
| | **22** Taxable income. Subtract line 21 from line 17. If a loss, see instructions . . | **22** | |
| | **23** **Total tax** (from Schedule G, line 7) . . . . . . . . . . | **23** | 28,425. |
| | **24** Payments: a 2014 estimated tax payments and amount applied from 2013 return . . | **24a** | |
| | **b** Estimated tax payments allocated to beneficiaries (from Form 1041-T) . . | **24b** | |
| | **c** Subtract line 24b from line 24a . . . . . . . . . . . . | **24c** | |
| | **d** Tax paid with Form 7004 (see instructions) . . . . . . . . | **24d** | |
| | **e** Federal income tax withheld. If any is from Form(s) 1099, check ► ☐ . . | **24e** | |
| | Other payments: **f** Form 2439 _____ ; **g** Form 4136 _____ ; Total . ► | **24h** | |
| | **25** Total payments. Add lines 24c through 24e, and 24h . . . . . . . ► | **25** | |
| | **26** Estimated tax penalty (see instructions) . . . . . . . . . . | **26** | |
| | **27** **Tax due.** If line 25 is smaller than the total of lines 23 and 26, enter amount owed . . | **27** | 28,425. |
| | **28** **Overpayment.** If line 25 is larger than the total of lines 23 and 26, enter amount overpaid . . | **28** | |
| | **29** Amount of line 28 to be: **a** Credited to 2015 estimated tax ► ; **b** Refunded ► | **29** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► *Selene D Maddox* 9/15/15
Signature of fiduciary or officer representing fiduciary  Date  EIN of fiduciary if a financial institution

May the IRS discuss this return with the preparer shown below (see instrs)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | |
|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date |
| ETHEL F. MITCHENER, CPA | *Ethel F Mtl CPA* | 09/14/15 |
| Firm's name ► MITCHENER, STACY, THOMAS & ASSOCIATES, PLLC | | |
| Firm's address ► P O BOX 8000 | | |
| COLUMBUS  MS 39705 | | |

Check ☐ if self-employed  PTIN ~~P00015101~~  
Firm's EIN ► ~~XX-XXXXXXX~~  
Phone no. ~~(662) 327-6002~~

**BAA  For Paperwork Reduction Act Notice, see the separate instructions.**  FIFA0112 08/05/14  Form **1041** (2014)

Form **1041** (2014)    BANKRUPTCY ESTATE OF HERBERT G ROGERS III    ~~30-24~~7481    Page **2**

## Schedule A   Charitable Deduction. Do not complete for a simple trust or a pooled income fund.

| | | | |
|---|---|---|---|
| 1 | Amounts paid or permanently set aside for charitable purposes from gross income (see instructions) | 1 | |
| 2 | Tax-exempt income allocable to charitable contributions (see instructions) | 2 | |
| 3 | Subtract line 2 from line 1. | 3 | |
| 4 | Capital gains for the tax year allocated to corpus and paid or permanently set aside for charitable purposes. | 4 | |
| 5 | Add lines 3 and 4. | 5 | |
| 6 | Section 1202 exclusion allocable to capital gains paid or permanently set aside for charitable purposes (see instructions) | 6 | |
| 7 | **Charitable deduction.** Subtract line 6 from line 5. Enter here and on page 1, line 13 | 7 | |

## Schedule B   Income Distribution Deduction

| | | | |
|---|---|---|---|
| 1 | Adjusted total income (see instructions). | 1 | |
| 2 | Adjusted tax-exempt interest | 2 | |
| 3 | Total net gain from Schedule D (Form 1041), line 19, column (1) (see instructions) | 3 | |
| 4 | Enter amount from Schedule A, line 4 (minus any allocable section 1202 exclusion). | 4 | |
| 5 | Capital gains for the tax year included on Schedule A, line 1 (see instructions) | 5 | |
| 6 | Enter any gain from page 1, line 4, as a negative number. If page 1, line 4, is a loss, enter the loss as a positive number. | 6 | |
| 7 | **Distributable net income.** Combine lines 1 through 6. If zero or less, enter -0- | 7 | |
| 8 | If a complex trust, enter accounting income for the tax year as determined under the governing instrument and applicable local law | 8 | |
| 9 | Income required to be distributed currently | 9 | |
| 10 | Other amounts paid, credited, or otherwise required to be distributed | 10 | |
| 11 | Total distributions. Add lines 9 and 10. If greater than line 8, see instructions | 11 | |
| 12 | Enter the amount of tax-exempt income included on line 11. | 12 | |
| 13 | Tentative income distribution deduction. Subtract line 12 from line 11 | 13 | |
| 14 | Tentative income distribution deduction. Subtract line 2 from line 7. If zero or less, enter -0-. | 14 | |
| 15 | **Income distribution deduction.** Enter the smaller of line 13 or line 14 here and on page 1, line 18. | 15 | |

## Schedule G   Tax Computation (see instructions)

| | | | | |
|---|---|---|---|---|
| 1 | **Tax: a** Tax on taxable income (see instructions) | 1a | | |
| | **b** Tax on lump-sum distributions. Attach Form 4972 | 1b | | |
| | **c** Alternative minimum tax (from Schedule I (Form 1041), line 56) | 1c | 0. | |
| | **d Total.** Add lines 1a through 1c. | | 1d | 0. |
| 2 a | Foreign tax credit. Attach Form 1116 | 2a | | |
| b | General business credit. Attach Form 3800 | 2b | | |
| c | Credit for prior year minimum tax. Attach Form 8801 | 2c | | |
| d | Bond credits. Attach Form 8912 | 2d | | |
| e | Total credits. Add lines 2a through 2d | | 2e | |
| 3 | Subtract line 2e from line 1d. If zero or less, enter -0- | | 3 | 0. |
| 4 | Net investment income tax from Form 8960, line 21. | | 4 | |
| 5 | Recapture taxes. Check if from:  ☐ Form 4255   ☐ Form 8611 | | 5 | |
| 6 | Household employment taxes. Attach Schedule H (Form 1040). | | 6 | |
| 7 | **Total tax.** Add lines 3 through 6. Enter here and on page 1, line 23 | | 7 | 0. |

### Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | Did the estate or trust receive tax-exempt income? If 'Yes,' attach a computation of the allocation of expenses | | X |
| | Enter the amount of tax-exempt interest income and exempt-interest dividends ▶ $ _____ | | |
| 2 | Did the estate or trust receive all or any part of the earnings (salary, wages, and other compensation) of any individual by reason of a contract assignment or similar arrangement? | | X |
| 3 | At any time during calendar year 2014, did the estate or trust have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? | | X |
| | See the instructions for exceptions and filing requirements for FinCEN Form 114. If 'Yes,' enter the name of the foreign country ▶ _____ | | |
| 4 | During the tax year, did the estate or trust receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If 'Yes,' the estate or trust may have to file Form 3520. See instructions | | X |
| 5 | Did the estate or trust receive, or pay, any qualified residence interest on seller-provided financing? If 'Yes,' see the instructions for required attachment | | X |
| 6 | If this is an estate or a complex trust making the section 663(b) election, check here (see instructions) ▶ ☐ | | |
| 7 | To make a section 643(e)(3) election, attach Schedule D (Form 1041), and check here (see instructions) ▶ ☐ | | |
| 8 | If the decedent's estate has been open for more than 2 years, attach an explanation for the delay in closing the estate, and check here ▶ ☐ | | |
| 9 | Are any present or future trust beneficiaries skip persons? See instructions | | X |

**Form 1040**

Department of the Treasury—Internal Revenue Service (99)

**U.S. Individual Income Tax Return**

**2014** OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2014, or other tax year beginning , 2014, ending , 20 — See separate instructions.

| | |
|---|---|
| Your first name and initial | Last name |
| BANKRUPTCY ESTATE OF | HERBERT G ROGERS III |

Your social security number: 30-6117481

If a joint return, spouse's first name and initial | Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. Apt. no.

SELENE D MADDOX, TRUSTEE  362 N BROADWAY ST

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

TUPELO MS 38804

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

**Filing Status**

Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . . . .
b ☐ **Spouse** . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b: **1**

c **Dependents:**

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

d Total number of exemptions claimed

Add numbers on lines above ▶ **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . | 7 | |
| 8a | **Taxable interest.** Attach Schedule B if required . . . . . . . . | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . | 9a | |
| b | Qualified dividends . . . . . ▶ | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | 208,500. |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . | 14 | |
| 15a | IRA distributions . | 15a | | b Taxable amount . . . | 15b | |
| 16a | Pensions and annuities | 16a | | b Taxable amount . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits | 20a | | b Taxable amount . . . | 20b | |
| 21 | Other income. List type and amount _____ | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 208,500. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses . . . . . . . . . . | 23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 . | 25 | | |
| 26 | Moving expenses. Attach Form 3903 . . . . | 26 | | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . | 28 | | |
| 29 | Self-employed health insurance deduction . | 29 | | |
| 30 | Penalty on early withdrawal of savings . . . . | 30 | | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | | |
| 32 | IRA deduction . . . . . . . . . . | 32 | | |
| 33 | Student loan interest deduction . . . . . . | 33 | | |
| 34 | Tuition and fees. Attach Form 8917 . . . . | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . ▶ | 37 | 208,500. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. **BAA** REV 05/19/15 PRO

Form **1040** (2014)

Form 1040 (2014)
Page **2**

| | | | | | |
|---|---|---|---|---|---|
| | 38 | Amount from line 37 (adjusted gross income) | | 38 | 208,500. |

**Tax and Credits**

| | | | | | |
|---|---|---|---|---|---|
| 39a | Check if: | ☐ **You** were born before January 2, 1950, ☐ Blind. ☐ **Spouse** was born before January 2, 1950, ☐ Blind. | **Total boxes checked ▶** 39a | | |
| b | | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b☐ | | | |

**Standard Deduction for—**
- People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $6,200

Married filing jointly or Qualifying widow(er), $12,400

Head of household, $9,100

| | | | | | |
|---|---|---|---|---|---|
| 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | | | 40 | 6,200. |
| 41 | Subtract line 40 from line 38 | | | 41 | 202,300. |
| 42 | **Exemptions.** If line 38 is $152,525 or less, multiply $3,950 by the number on line 6d. Otherwise, see instructions | | | 42 | 395. |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | | 43 | 201,905. |
| 44 | **Tax** (see instructions). Check if any from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ | | | 44 | 24,751. |
| 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | | | 45 | |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 | | | 46 | |
| 47 | Add lines 44, 45, and 46 ▶ | | | 47 | 24,751. |
| 48 | Foreign tax credit. Attach Form 1116 if required | 48 | | | |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | | | |
| 50 | Education credits from Form 8863, line 19 | 50 | | | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | | |
| 52 | Child tax credit. Attach Schedule 8812, if required | 52 | | | |
| 53 | Residential energy credits. Attach Form 5695 | 53 | | | |
| 54 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ | 54 | | | |
| 55 | Add lines 48 through 54. These are your **total credits** | | | 55 | |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | | | 56 | 24,751. |

**Other Taxes**

| | | | | | |
|---|---|---|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | | | 57 | |
| 58 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | | | 58 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | | 59 | |
| 60a | Household employment taxes from Schedule H | | | 60a | |
| b | First-time homebuyer credit repayment. Attach Form 5405 if required | | | 60b | |
| 61 | Health care: individual responsibility (see instructions) Full-year coverage ☒ | | | 61 | |
| 62 | Taxes from: **a** ☐ Form 8959 **b** ☒ Form 8960 **c** ☐ Instructions; enter code(s) ▶ | | | 62 | 3,173. |
| 63 | Add lines 56 through 62. This is your **total tax** ▶ | | | 63 | 27,924. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| | | | | | |
|---|---|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | | | |
| 65 | 2014 estimated tax payments and amount applied from 2013 return | 65 | | | |
| 66a | **Earned income credit (EIC)** | 66a | | | |
| b | Nontaxable combat pay election | 66b | | | |
| 67 | Additional child tax credit. Attach Schedule 8812 | 67 | | | |
| 68 | American opportunity credit from Form 8863, line 8 | 68 | | | |
| 69 | Net premium tax credit. Attach Form 8962 | 69 | | | |
| 70 | Amount paid with request for extension to file | 70 | | | |
| 71 | Excess social security and tier 1 RRTA tax withheld | 71 | | | |
| 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | | | |
| 73 | Credits from Form: **a** ☐ 2439 **b** ☐ Reserved **c** ☐ Reserved **d** ☐ | 73 | | | |
| 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** ▶ | | | 74 | |

**Refund**

Direct deposit?
See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | | | 75 | |
| 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | | 76a | |
| b | Routing number X X X X X X X X X ▶ Type: ☐ Checking ☐ Savings | | | | |
| d | Account number X X X X X X X X X X X X X X X X X | | | | |
| 77 | Amount of line 75 you want **applied to your 2015 estimated tax** ▶ | 77 | | | |

**Amount You Owe**

| | | | | | |
|---|---|---|---|---|---|
| 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | | | 78 | 28,425. |
| 79 | Estimated tax penalty (see instructions) | 79 | 501. | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete below. ☐ **No**

Designee's name ▶ ETHEL F. MITCHENER, CPA
Phone no. ▶ (662) 327-6002
Personal identification number (PIN) ▶ 15101

**Sign Here**

Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation CHP 7 BANKRUPTCY | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name ETHEL F. MITCHENER, CPA | Preparer's signature | Date 09/14/2015 | Check ☐ if self-employed | PTIN P00015101 |
|---|---|---|---|---|
| Firm's name ▶ MITCHENER, STACY, THOMAS & ASSOCIATES, PLLC | | | Firm's EIN ▶ 64-0876602 | |
| Firm's address ▶ P O BOX 8000 COLUMBUS MS 39705 | | | Phone no. (662) 327-6002 | |

www.irs.gov/form1040

REV 05/19/15 PRO

Form **1040** (2014)



**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Capital Gains and Losses

► Attach to Form 1040 or Form 1040NR.
► Information about Schedule D and its separate instructions is at *www.irs.gov/scheduled.*
► Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.

OMB No. 1545-0074

**2014**

Attachment
Sequence No. **12**

| Name(s) shown on return | Your social security number |
|---|---|
| BANKRUPTCY ESTATE OF HERBERT G ROGERS III | 30-611 7481 |

## Part I — Short-Term Capital Gains and Losses—Assets Held One Year or Less

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | (d)<br>Proceeds<br>(sales price) | (e)<br>Cost<br>(or other basis) | (g)<br>Adjustments<br>to gain or loss from<br>Form(s) 8949, Part I,<br>line 2, column (g) | (h) Gain or (loss)<br>Subtract column (e)<br>from column (d) and<br>combine the result with<br>column (g) |
|---|---|---|---|---|
| **1a** Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b . | | | | |
| **1b** Totals for all transactions reported on Form(s) 8949 with **Box A** checked . . . . . . . . . . . . | | | | |
| **2** Totals for all transactions reported on Form(s) 8949 with **Box B** checked . . . . . . . . . . . . | | | | |
| **3** Totals for all transactions reported on Form(s) 8949 with **Box C** checked . . . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . | **4** | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **5** | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions | **6** | ( ) |
| **7** **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on the back . . . . . | **7** | |

## Part II — Long-Term Capital Gains and Losses—Assets Held More Than One Year

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | (d)<br>Proceeds<br>(sales price) | (e)<br>Cost<br>(or other basis) | (g)<br>Adjustments<br>to gain or loss from<br>Form(s) 8949, Part II,<br>line 2, column (g) | (h) Gain or (loss)<br>Subtract column (e)<br>from column (d) and<br>combine the result with<br>column (g) |
|---|---|---|---|---|
| **8a** Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b . | | | | |
| **8b** Totals for all transactions reported on Form(s) 8949 with **Box D** checked . . . . . . . . . . . . | | | | |
| **9** Totals for all transactions reported on Form(s) 8949 with **Box E** checked . . . . . . . . . . . . | | | | |
| **10** Totals for all transactions reported on Form(s) 8949 with **Box F** checked . . . . . . . . . . . . | 300,000. | 91,500. | | 208,500. |

| | | |
|---|---|---|
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . . | **11** | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **12** | |
| **13** Capital gain distributions. See the instructions . . . . . . . . . . . . . | **13** | |
| **14** Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions | **14** | ( ) |
| **15** **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then go to Part III on the back . . . . . . . . . . . . . . . . . . . . . . . | **15** | 208,500. |

For Paperwork Reduction Act Notice, see your tax return instructions.   BAA          REV 11/26/14 PRO          Schedule D (Form 1040) 2014

Schedule D (Form 1040) 2014          Page **2**

**Part III**    Summary

**16**   Combine lines 7 and 15 and enter the result . . . . . . . . . . . . .    **16**     208,500.

- If line 16 is a **gain,** enter the amount from line 16 on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 17 below.
- If line 16 is a **loss,** skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
- If line 16 is **zero,** skip lines 17 through 21 below and enter -0- on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 22.

**17**   Are lines 15 and 16 **both** gains?
    ☒ **Yes.** Go to line 18.
    ☐ **No.** Skip lines 18 through 21, and go to line 22.

**18**   Enter the amount, if any, from line 7 of the **28% Rate Gain Worksheet** in the instructions . . ►    **18**

**19**   Enter the amount, if any, from line 18 of the **Unrecaptured Section 1250 Gain Worksheet** in the instructions . . . . . . . . . . . . . . . . . . . . . . . . . ►    **19**

**20**   Are lines 18 and 19 **both** zero or blank?
    ☒ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 44 (or in the instructions for Form 1040NR, line 42). **Do not** complete lines 21 and 22 below.

    ☐ **No.** Complete the **Schedule D Tax Worksheet** in the instructions. **Do not** complete lines 21 and 22 below.

**21**   If line 16 is a loss, enter here and on Form 1040, line 13, or Form 1040NR, line 14, the **smaller** of:

- The loss on line 16 or
- ($3,000), or if married filing separately, ($1,500)    }   . . . . . . . . . . . .    **21** (            )

    **Note.** When figuring which amount is smaller, treat both amounts as positive numbers.

**22**   Do you have qualified dividends on Form 1040, line 9b, or Form 1040NR, line 10b?

    ☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 44 (or in the instructions for Form 1040NR, line 42).

    ☐ **No.** Complete the rest of Form 1040 or Form 1040NR.

Form 8949 (2014)

Attachment Sequence No. **12A**    Page **2**

| Name(s) shown on return. Name and SSN or taxpayer identification no. not required if shown on other side | Social security number or taxpayer identification number |
|---|---|
| BANKRUPTCY ESTATE OF HERBERT G ROGERS III | 30-641 7481 |

*Before you check Box D, E, or F below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either may show your basis (usually your cost) even if your broker did not report it to the IRS. Brokers must report basis to the IRS for most stock you bought in 2011 or later (and for certain debt instruments you bought in 2014 or later).*

**Part II**   **Long-Term.** Transactions involving capital assets you held more than 1 year are long term. For short-term transactions, see page 1.

**Note.** You may aggregate all long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the total directly on Schedule D, line 8a; you are not required to report these transactions on Form 8949 (see instructions).

**You** *must* **check Box D, E, or F below. Check only one box.** If more than one box applies for your long-term transactions, complete a separate Form 8949, page 2, for each applicable box. If you have more long-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

- ☐ **(D)** Long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
- ☐ **(E)** Long-term transactions reported on Form(s) 1099-B showing basis was **not** reported to the IRS
- ☒ **(F)** Long-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed (Mo., day, yr.) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis. See the **Note** below and see *Column (e)* in the separate instructions | (f) Code(s) from instructions | (g) Amount of adjustment | (h) Gain or (loss). Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| 1500.0000 sh. ALLIANCE COLLECTION SERVICE INC | Various | 12/18/14 | 300,000. | 91,500. | | | 208,500. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2 Totals.** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, **line 8b** (if Box D above is checked), **line 9** (if Box E above is checked), or **line 10** (if Box F above is checked) ▶ | | | 300,000. | 91,500. | | | 208,500. |

**Note.** If you checked Box D above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

Form **8949** (2014)

Form **8960**

Department of the Treasury
Internal Revenue Service (99)

## Net Investment Income Tax—
## Individuals, Estates, and Trusts

▶ Attach to your tax return.
▶ **Information about Form 8960 and its separate instructions is at** *www.irs.gov/form8960.*

OMB No. 1545-2227

**2014**

Attachment
Sequence No. **72**

Name(s) shown on your tax return

BANKRUPTCY ESTATE OF HERBERT G ROGERS III

Your social security number or EIN

~~XX-XXX~~7481

| Part I | Investment Income | ☐ Section 6013(g) election (see instructions) | | | |
|---|---|---|---|---|---|
| | | ☐ Section 6013(h) election (see instructions) | | | |
| | | ☐ Regulations section 1.1411-10(g) election (see instructions) | | | |
| 1 | Taxable interest (see instructions) . . . . . . . . . . . . . | | | 1 | |
| 2 | Ordinary dividends (see instructions) . . . . . . . . . . . . | | | 2 | |
| 3 | Annuities (see instructions) . . . . . . . . . . . . . . | | | 3 | |
| 4a | Rental real estate, royalties, partnerships, S corporations, trusts, etc. (see instructions) . . . . . . . . . . . . | 4a | | | |
| b | Adjustment for net income or loss derived in the ordinary course of a non-section 1411 trade or business (see instructions) . . . . | 4b | | | |
| c | Combine lines 4a and 4b . . . . . . . . . . . . . . . | | | 4c | |
| 5a | Net gain or loss from disposition of property (see instructions) . | 5a | 208,500. | | |
| b | Net gain or loss from disposition of property that is not subject to net investment income tax (see instructions) . . . . . . | 5b | | | |
| c | Adjustment from disposition of partnership interest or S corporation stock (see instructions) . . . . . . . . . . . | 5c | | | |
| d | Combine lines 5a through 5c . . . . . . . . . . . . . . | | | 5d | 208,500. |
| 6 | Adjustments to investment income for certain CFCs and PFICs (see instructions) | | | 6 | |
| 7 | Other modifications to investment income (see instructions) . . . . . . | | | 7 | |
| 8 | Total investment income. Combine lines 1, 2, 3, 4c, 5d, 6, and 7 . . . . . | | | 8 | 208,500. |
| **Part II** | **Investment Expenses Allocable to Investment Income and Modifications** | | | | |
| 9a | Investment interest expenses (see instructions) . . . . . | 9a | | | |
| b | State, local, and foreign income tax (see instructions) . . . . | 9b | | | |
| c | Miscellaneous investment expenses (see instructions) . . . | 9c | | | |
| d | Add lines 9a, 9b, and 9c . . . . . . . . . . . . . . . | | | 9d | |
| 10 | Additional modifications (see instructions) . . . . . . . . . . . . | | | 10 | |
| 11 | Total deductions and modifications. Add lines 9d and 10 . . . . . . . . | | | 11 | |
| **Part III** | **Tax Computation** | | | | |
| 12 | Net investment income. Subtract Part II, line 11 from Part I, line 8. Individuals complete lines 13–17. Estates and trusts complete lines 18a–21. If zero or less, enter -0- . . . . . . . . | | | 12 | 208,500. |
| | **Individuals:** | | | | |
| 13 | Modified adjusted gross income (see instructions) . . . . | 13 | 208,500. | | |
| 14 | Threshold based on filing status (see instructions) . . . . | 14 | 125,000. | | |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- . . . | 15 | 83,500. | | |
| 16 | Enter the smaller of line 12 or line 15 . . . . . . . . . . . . . | | | 16 | 83,500. |
| 17 | Net investment income tax for individuals. Multiply line 16 by 3.8% (.038). **Enter here and include on your tax return** (see instructions) . . . . . . . . . . . . . . . . | | | 17 | 3,173. |
| | **Estates and Trusts:** | | | | |
| 18a | Net investment income (line 12 above) . . . . . . . . . | 18a | | | |
| b | Deductions for distributions of net investment income and deductions under section 642(c) (see instructions) . . . . . | 18b | | | |
| c | Undistributed net investment income. Subtract line 18b from 18a (see instructions). If zero or less, enter -0- . . . . . . . . | 18c | | | |
| 19a | Adjusted gross income (see instructions) . . . . . . . . | 19a | | | |
| b | Highest tax bracket for estates and trusts for the year (see instructions) . . . . . . . . . . . . . . . . . | 19b | | | |
| c | Subtract line 19b from line 19a. If zero or less, enter -0- . . . | 19c | | | |
| 20 | Enter the smaller of line 18c or line 19c . . . . . . . . . . . . . | | | 20 | |
| 21 | Net investment income tax for estates and trusts. Multiply line 20 by 3.8% (.038). **Enter here and include on your tax return** (see instructions) . . . . . . . . . . . . . . | | | 21 | |

**For Paperwork Reduction Act Notice, see your tax return instructions.**    BAA    REV 12/15/14 PRO    Form **8960** (2014)

Form 81-110-14-8-1-000 (Rev. 6/14)

# Mississippi
## Fiduciary Income Tax Return
## (For Estates and Trusts)
## 2014

☐ Amended

811101481000

| Tax Year Beginning | | | Tax Year Ending | | |
|---|---|---|---|---|---|
| | mm   dd   yyyy | | | mm   dd   yyyy | |

| Date estate/trust created | Date of decedent's death | Estate / Trust FEIN | 306417481 |
|---|---|---|---|
| 12 10 2013 | | Decedent / Debtor SSN | |
| mm   dd   yyyy | mm   dd   yyyy | | |

**Name of Estate or Trust**
BANKRUPTCY ESTATE OF HERBERT G ROGERS III

**Name of Fiduciary**
SELENE D MADDOX

**Title of Fiduciary**
TRUSTEE

**Mailing Address**
362 NORTH BROADWAY ST

| City | State | Zip | County Code |
|---|---|---|---|
| TUPELO | MS | 38804 | 73 |

### Check All That Apply
| | |
|---|---|
| ☒ | Initial Return |
| ☐ | Short Period Return |
| ☐ | Final Return |
| | Date of confirmation |
| | mm   dd   yyyy |
| | Date of closure |
| | mm   dd   yyyy |

### Type of Entity
| | |
|---|---|
| ☐ | Estate |
| ☒ | Bankruptcy Estate-Ch. 7 |
| ☐ | Bankruptcy Estate-Ch. 11 |
| ☐ | Simple Trust |
| ☐ | Complex Trust |
| ☐ | Grantor Trust |

Number of Mississippi
K-1 schedules attached

## MISSISSIPPI INCOME TAX

| | | | | |
|---|---|---|---|---|
| 1 | Mississippi taxable income (loss) (from page 2, line 25) | 1 | | .00 |
| 2 | **Total income tax due** (see instructions) | 2 | 9860 | .00 |
| 3 | Credit to tax paid to another state (attach Form 80-160) | 3 | | .00 |
| 4 | Other credits (attach Form 80-401) | 4 | | .00 |
| 5 | Net income tax due (line 2 minus line 3 and line 4) | 5 | 9860 | .00 |

## PAYMENTS

| | | | | |
|---|---|---|---|---|
| 6 | Mississippi income tax withheld (**complete Form 80-107**) | 6 | | .00 |
| 7 | Estimated tax payments, extension payments and/or amount Paid on original return | 7 | | .00 |
| 8 | Refund received and/or amount carried forward from original return (**amended return only**) | 8 | | .00 |
| 9 | Total payments (line 6 plus line 7 minus line 8) | 9 | | .00 |

## REFUND OR BALANCE DUE

| | | | | |
|---|---|---|---|---|
| 10 | Enter amount of overpayment (if line 9 is more than line 5, subtract line 5 from line 9) | 10 | | .00 |
| 11 | Overpayment to be applied to next year estimate tax account | 11 | | .00 |
| 12 | **Overpayment refund** (line 10 minus line 11)   REFUND | 12 | | .00 |
| 13 | **Balance due** (if line 5 is more than line 9, subtract line 9 from line 5)   BALANCE DUE | 13 | 9860 | .00 |
| 14 | Interest and penalty (see instructions) | 14 | | .00 |
| 15 | **Total due** (line 13 plus line 14)   AMOUNT YOU OWE | 15 | 9860 | .00 |

This return may be discussed with the preparer   ☒ Yes   ☐ No

I declare, under penalties of perjury, that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, this is a true, correct and complete return. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of Fiduciary or Officer Representing Fiduciary | Date 9/15/15 | Phone Number (662) 841-0061 | FEIN of Fiduciary |
|---|---|---|---|
| Paid Preparer Signature   Ethl F Mtl   CPA | Date 9-14-15 | Paid Preparer Phone Number (662) 327-6002 | Paid Preparer PTIN P00015101 |
| **Paid Preparer Address** P O BOX 8000 | City COLUMBUS | State MS | Zip Code 39705 |

Mail REFUND To: Department of Revenue, P.O. Box 23058, Jackson, MS 39225-3058
Mail All Other Returns To: Department of Revenue, P.O. Box 23050, Jackson, MS 39225-3050
**Duplex and Photocopies are NOT Acceptable**



Form 81-110-14-8-2-000 (Rev. 6/14)

811101482000

# Mississippi
## Fiduciary Net Taxable Income Schedule
### 2014

Page 2

Estate / Trust FEIN _____

## COMPUTATION OF TAXABLE INCOME

| | | | |
|---|---|---|---|
| 16 | Federal adjusted total income (loss) from federal Form 1041 line 17 | 16 | _____.00 |

## ADDITIONS

| | | | |
|---|---|---|---|
| 17 | a  State, local and foreign government taxes based on income | 17a | _____.00 |
| | b  Depletion in excess of cost basis | 17b | _____.00 |
| | c  Interest on obligations of other states/political subdivisions | 17c | _____.00 |
| | d  Expenses applicable to earning interest on U.S. Government obligations (see instructions) | 17d | _____.00 |
| | e  Itemized deductions claimed on federal Form 1041 (add if claimed standard deduction on 20e) | 17e | _____.00 |
| | f  Mississippi source QSST income | 17f | _____.00 |
| | g  Other additions (itemize each item) _____ | 17g | _____.00 |
| | h  _____ | 17h | _____.00 |
| | i  _____ | 17i | _____.00 |
| 18 | Total additions (add lines 17a through line 17i) | 18 | _____.00 |
| 19 | Total income (line 16 plus line 18) | 19 | _____.00 |

## DEDUCTIONS

| | | | |
|---|---|---|---|
| 20 | a  Interest on U.S. government obligations | 20a | _____.00 |
| | b  Wages reduced by federal employment tax credits | 20b | _____.00 |
| | c  Miss. Code Ann.§ 27-7-9(f)(10) included in line 4, page 1, federal Form 1041 (see instructions) | 20c | _____.00 |
| | d  Expenses applicable to earning interest income on line 17c above (see instructions) | 20d | _____.00 |
| | e  Standard deduction (see line 17e above if standard deduction is claimed) | 20e | _____.00 |
| | f  Non-Mississippi income (net of expenses) (non-resident fiduciary returns only) | 20f | _____.00 |
| | g  Other deductions (itemize each item) _____ | 20g | _____.00 |
| | h  _____ | 20h | _____.00 |
| | i  _____ | 20i | _____.00 |
| 21 | Total deductions (add lines 20a through 20i) | 21 | _____.00 |

## TAXABLE INCOME

| | | | |
|---|---|---|---|
| 22 | Adjusted net income (loss) for Mississippi purposes (line 19 minus line 21) | 22 | _____.00 |
| 23 | Amount allocated to beneficiaries (attach Schedule K, Form 81-131) | 23 | _____.00 |
| 24 | Exemption (see instructions) | 24 | _____.00 |
| 25 | Taxable income (loss) for Mississippi purposes (line 22 minus line 23 and line 24; enter here and on page 1, line 1) | 25 | _____.00 |



Form 80-105-14-3-1-163 (Rev. 05/14)

# Mississippi
## Resident Individual Income Tax Return
### 2014   REV 08/14/14 PRO

**Amended**

801051431163

| Taxpayer First Name | Initial | Last Name | | |
|---|---|---|---|---|
| BANKRUPTCY ESTATE OF | | HERBERT G ROGERS III | | |

SSN 30-64-1748
Spouse SSN

| Spouse First Name | Initial | Last Name |
|---|---|---|
| | | HERBERT G ROGERS III |

Mailing Address (Number and Street, Including Rural Route)
SELENE D MADDOX, TRUSTEE  36

| City | State | Zip | County Code |
|---|---|---|---|
| TUPELO | MS | 38804 | 73 |

| 1 | Married - Combined or Joint Return ($12,000) |
|---|---|
| 2 | Married - Spouse Died in Tax Year ($12,000) |
| 3 X | Married - Filing Separate Returns ($12,000) |
| 4 | Head of Family ($8,000) |
| 5 | Single ($6,000) |

## EXEMPTIONS

**Dependents** (in column B, enter "C" for child, "P" for parent or "R" for relative)

| 6 | (A) Name | (B) | (C) Dependent SSN |
|---|---|---|---|
| | | | |

8  Taxpayer Age 65 or Over      Spouse Age 65 or Over
   Taxpayer Blind               Spouse Blind

9  Total dependents line 7 plus number of boxes checked line 8

7  Total number of dependents (from line 6 and Form 80-491)

| 10 | Line 9 x $1,500 | 10 | |
|---|---|---|---|
| 11 | Enter filing status exemption | 11 | 12000 |
| 12 | Total (line 10 plus line 11) | 12 | 12000 |

## MISSISSIPPI INCOME TAX

| | | | Column A (Taxpayer) | | Column B (Spouse) |
|---|---|---|---|---|---|
| 13 | Mississippi adjusted gross income (from page 2, line 59) | 13A | 208500 | 13B | |
| 14 | Standard or itemized deductions (**if itemized, attach Form 80-108**) | 14A | 2300 | 14B | |
| 15 | Exemptions (from line 12; **if married filing separately use 1/2 amount**) | 15A | 6000 | 15B | |
| 16 | **Mississippi taxable income** (line 13 minus line 14 and line 15) | 16A | 200200 | 16B | |
| 17 | **Income tax due** (from Schedule of Tax Computation, see instructions) | | | 17 | 9860 |
| 18 | Credit for tax paid to another state (attach Form 80-160) | | | 18 | |
| 19 | Other credits (from Form 80-401, line 1) | | | 19 | 0 |
| 20 | Net income tax due (line 17 minus line 18 and line 19) | | | 20 | 9860 |
| 21 | Consumer use tax (see instructions) | | | 21 | |
| 22 | **Total Mississippi income tax due** (line 20 plus line 21) | | | 22 | 9860 |

## PAYMENTS

| 23 | Mississippi income tax withheld (**complete Form 80-107**) | 23 | |
|---|---|---|---|
| 24 | Estimated tax payments, extension payments and/or amount paid on original return | 24 | |
| 25 | Refund received and/or amount carried forward from original return (**amended return only**) | 25 | |
| 26 | Total payments (line 23 plus line 24 minus line 25) | 26 | 0 |

## REFUND OR BALANCE DUE

| 27 | **Overpayment** (if line 26 is more than line 22, subtract line 22 from line 26) | Farmers or Fishermen (see instructions) | 27 | |
|---|---|---|---|---|
| 28 | Interest on underestimated tax (from Form 80-320, line 12) | | 28 | |
| 29 | Adjusted overpayment (line 27 minus line 28) | | 29 | |
| 30 | Overpayment to be applied to next year estimated tax account | | 30 | |
| 31 | Voluntary contribution (from Form 80-108, part III) | | 31 | |
| 32 | Overpayment **refund** (line 29 minus line 30 and line 31) | REFUND | 32 | |
| 33 | **Balance due** (if line 22 is more than line 26, subtract line 26 from line 22 | BALANCE DUE | 33 | 9860 |
| 34 | Interest, penalty and interest on underestimated tax (from Form 80-320, line 19) | | 34 | |
| 35 | **Total due** (line 33 plus line 34) | AMOUNT YOU OWE | 35 | 9860 |

Installment Agreement Request
(see instructions for eligibility; attach Form 71-661)

**PLEASE SIGN THIS TAX RETURN ON THE BOTTOM OF PAGE 2**



Form 80-105-14-3-2-163 (Rev. 5/14)

801051432163

Page 2

# Mississippi
## Resident Individual Income Tax Return
### 2014

REV 08/14/14 PRO

SSN 30-641-748

| INCOME | | Column A (Taxpayer) | | Column B (Spouse) |
|---|---|---|---|---|
| 36 | Wages, salaries, tips, etc. (complete Form 80-107) | 36A | | 36B |
| 37 | Business income (loss) (attach Federal Schedule C or C-EZ) | 37A | | 37B |
| 38 | Capital gain (loss) (attach Federal Schedule D) | 38A 208500 | | 38B |
| 39 | Rent, royalties, partnerships, S corporation trusts, etc. (from Form 80-108, part IV) | 39A | | 39B |
| 40 | Farm income (loss) (attach Federal Schedule F) | 40A | | 40B |
| 41 | Interest income (from Form 80-108, part II, line 3) | 41A | | 41B |
| 42 | Dividend income (from Form 80-108, part II, line 6) | 42A | | 42B |
| 43 | Alimony received | 43A | | 43B |
| 44 | Taxable pensions and annuities (complete Form 80-107) | 44A | | 44B |
| 45 | Unemployment compensation (complete Form 80-107) | 45A | | 45B |
| 46 | Other income (loss) (from Form 80-108, part V, line 10) | 46A | | 46B |
| 47 | Total income (add lines 36 through 46) | 47A 208500 | | 47B |

| ADJUSTMENTS | | Column A (Taxpayer) | | Column B (Spouse) |
|---|---|---|---|---|
| 48 | Payments to IRA | 48A | | 48B |
| 49 | Payments to self-employed SEP, SIMPLE and qualified retirement plans | 49A | | 49B |
| 50 | Interest penalty on early withdrawal of savings | 50A 0 | | 50B |
| 51 | Alimony paid (complete below) | 51A | | 51B |

| Name | | SSN | State: | |
| Name | | SSN | State: | |
| Name | | SSN | State: | |

| | | | | |
|---|---|---|---|---|
| 52 | Moving expense (attach Federal Form 3903) | 52A | | 52B |
| 53 | National Guard or Reserve pay (enter the lesser of amount or $15,000) | 53A | | 53B |
| 54 | Mississippi Prepaid Affordable College Tuition (MPACT) | 54A | | 54B |
| 55 | Mississippi Affordable College Savings (MACS) | 55A | | 55B |
| 56 | Self-employed health insurance deduction | 56A | | 56B |
| 57 | Health savings account deduction | 57A | | 57B |
| 58 | Total adjustments (add lines 48 through 57) | 58A 0 | | 58B |
| 59 | Mississippi adjusted gross income (line 47 minus line 58; enter on page 1, line 13) | 59A 208500 | | 59B |

AMENDED RETURN - EXPLANATION OF CHANGES TO ORIGINAL RETURN  (attach additional statement if needed)

_____
_____
_____
_____

This return may be discussed with the preparer    X  Yes            No

I declare, under penalties of perjury, that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, this is a true, correct and complete return. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| | | P00015101 | |
| Taxpayer Signature | Date | Taxpayer Phone Number | Paid Preparer PTIN |
| | | 6623276002 | efmcpa@mstacpa.com |
| Spouse Signature | Date | Paid Preparer Phone Number | Paid Preparer Email Address |
| | 09142015 | P O BOX 8000 | COLUMBUS   MS  39705 |
| Paid Preparer Signature | Date | Paid Preparer Address | City        State    Zip Code |

**Mail REFUND returns to:** Department of Revenue, P.O. Box 23058, Jackson, MS 39225-3058
**Mail all other returns to:** Department of Revenue, P.O. Box 23050, Jackson, MS 39225-3050

Duplex and Photocopies NOT Acceptable

| SCHEDULE D (Form 1040) | Capital Gains and Losses | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040 or Form 1040NR.<br>▶ Information about Schedule D and its separate instructions is at *www.irs.gov/scheduled.*<br>▶ Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10. | 2014<br>Attachment Sequence No. 12 |

| Name(s) shown on return | Your social security number |
|---|---|
| BANKRUPTCY ESTATE OF HERBERT G ROGERS III | 30-641 7481 |

### Part I  Short-Term Capital Gains and Losses—Assets Held One Year or Less

| See instructions for how to figure the amounts to enter on the lines below.<br>This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| 1a Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b  . | | | | |
| 1b Totals for all transactions reported on Form(s) 8949 with **Box A** checked . . . . . . . . . . . . . . . | | | | |
| 2 Totals for all transactions reported on Form(s) 8949 with **Box B** checked . . . . . . . . . . . . . . . | | | | |
| 3 Totals for all transactions reported on Form(s) 8949 with **Box C** checked . . . . . . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824   . | 4 | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions . . . . . . . . . . . . . . . . . . . . . | 6 | ( ) |
| 7 **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on the back   . . . . . | 7 | |

### Part II  Long-Term Capital Gains and Losses—Assets Held More Than One Year

| See instructions for how to figure the amounts to enter on the lines below.<br>This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| 8a Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b  . | | | | |
| 8b Totals for all transactions reported on Form(s) 8949 with **Box D** checked . . . . . . . . . . . . . . . | | | | |
| 9 Totals for all transactions reported on Form(s) 8949 with **Box E** checked . . . . . . . . . . . . . . . | | | | |
| 10 Totals for all transactions reported on Form(s) 8949 with **Box F** checked. . . . . . . . . . . . . . | 300,000. | 91,500. | | 208,500. |

| | | |
|---|---|---|
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 12 | |
| 13 Capital gain distributions. See the instructions  . . . . . . . . . . . . . . . . . | 13 | |
| 14 Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions . . . . . . . . . . . . . . . . . . . . . | 14 | ( ) |
| 15 **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then go to Part III on the back  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | 208,500. |

For Paperwork Reduction Act Notice, see your tax return instructions.  **BAA**   REV 11/26/14 PRO   **Schedule D (Form 1040) 2014**

Schedule D (Form 1040) 2014

Page **2**

**Part III**   **Summary**

| | | | |
|---|---|---|---|
| **16** | Combine lines 7 and 15 and enter the result   . . . . . . . . . . . . . . | **16** | 208,500. |

- If line 16 is a **gain,** enter the amount from line 16 on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 17 below.
- If line 16 is a **loss,** skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
- If line 16 is **zero,** skip lines 17 through 21 below and enter -0- on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 22.

**17**   Are lines 15 and 16 **both** gains?
☒ **Yes.** Go to line 18.
☐ **No.** Skip lines 18 through 21, and go to line 22.

**18**   Enter the amount, if any, from line 7 of the **28% Rate Gain Worksheet** in the instructions   . . ▶   | **18** |

**19**   Enter the amount, if any, from line 18 of the **Unrecaptured Section 1250 Gain Worksheet** in the instructions   . . . . . . . . . . . . . . . . . . . . . ▶   | **19** |

**20**   Are lines 18 and 19 **both** zero or blank?
☒ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 44 (or in the instructions for Form 1040NR, line 42). **Do not** complete lines 21 and 22 below.

☐ **No.** Complete the **Schedule D Tax Worksheet** in the instructions. **Do not** complete lines 21 and 22 below.

**21**   If line 16 is a loss, enter here and on Form 1040, line 13, or Form 1040NR, line 14, the **smaller** of:

- The loss on line 16 or
- ($3,000), or if married filing separately, ($1,500)   . . . . . . . . . . .   | **21** | ( ) |

**Note.** When figuring which amount is smaller, treat both amounts as positive numbers.

**22**   Do you have qualified dividends on Form 1040, line 9b, or Form 1040NR, line 10b?

☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 44 (or in the instructions for Form 1040NR, line 42).

☐ **No.** Complete the rest of Form 1040 or Form 1040NR.

REV 11/26/14 PRO

Schedule D (Form 1040) 2014

Form **8949**

Department of the Treasury
Internal Revenue Service

## Sales and Other Dispositions of Capital Assets

▶ Information about Form 8949 and its separate instructions is at *www.irs.gov/form8949.*

▶ File with your Schedule D to list your transactions for lines 1b, 2, 3, 8b, 9, and 10 of Schedule D.

OMB No. 1545-0074

20**14**

Attachment
Sequence No. **12A**

| Name(s) shown on return | Social security number or taxpayer identification number |
|---|---|
| BANKRUPTCY ESTATE OF HERBERT G ROGERS III | 30-64 7481 |

*Before you check Box A, B, or C below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either may show your basis (usually your cost) even if your broker did not report it to the IRS. Brokers must report basis to the IRS for most stock you bought in 2011 or later (and for certain debt instruments you bought in 2014 or later).*

**Part I**   **Short-Term.** Transactions involving capital assets you held 1 year or less are short term. For long-term transactions, see page 2.

**Note.** You may aggregate all short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the total directly on Schedule D, line 1a; you are not required to report these transactions on Form 8949 (see instructions).

**You must check Box A, B, or C below. Check only one box.** If more than one box applies for your short-term transactions, complete a separate Form 8949, page 1, for each applicable box. If you have more short-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

☐ **(A)** Short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)

☐ **(B)** Short-term transactions reported on Form(s) 1099-B showing basis was **not** reported to the IRS

☐ **(C)** Short-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed (Mo., day, yr.) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis. See the *Note* below and see *Column (e)* in the separate instructions | Adjustment, if any, to gain or loss. If you enter an amount in column (g), enter a code in column (f). See the separate instructions. (f) Code(s) from instructions | (g) Amount of adjustment | (h) Gain or (loss). Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**2 Totals.** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, **line 1b** (if **Box A** above is checked), **line 2** (if **Box B** above is checked), or **line 3** (if **Box C** above is checked) ▶

**Note.** If you checked Box A above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

**For Paperwork Reduction Act Notice, see your tax return instructions.**   **BAA**   REV 04/07/15 PRO   Form **8949** (2014)

Form 8949 (2014)

Attachment Sequence No. **12A**  Page **2**

| Name(s) shown on return. Name and SSN or taxpayer identification no. not required if shown on other side | Social security number or taxpayer identification number |
|---|---|
| BANKRUPTCY ESTATE OF HERBERT G ROGERS III | 30-641-7481 |

*Before you check Box D, E, or F below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either may show your basis (usually your cost) even if your broker did not report it to the IRS. Brokers must report basis to the IRS for most stock you bought in 2011 or later (and for certain debt instruments you bought in 2014 or later).*

**Part II**   **Long-Term.** Transactions involving capital assets you held more than 1 year are long term. For short-term transactions, see page 1.

**Note.** You may aggregate all long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the total directly on Schedule D, line 8a; you are not required to report these transactions on Form 8949 (see instructions).

**You** *must* **check Box D, E,** *or* **F below. Check only one box.** If more than one box applies for your long-term transactions, complete a separate Form 8949, page 2, for each applicable box. If you have more long-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

☐ **(D)** Long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)

☐ **(E)** Long-term transactions reported on Form(s) 1099-B showing basis was **not** reported to the IRS

☒ **(F)** Long-term transactions not reported to you on Form 1099-B

| 1<br>(a)<br>Description of property<br>(Example: 100 sh. XYZ Co.) | (b)<br>Date acquired<br>(Mo., day, yr.) | (c)<br>Date sold or<br>disposed<br>(Mo., day, yr.) | (d)<br>Proceeds<br>(sales price)<br>(see instructions) | (e)<br>Cost or other basis.<br>See the *Note* below<br>and see *Column (e)*<br>in the separate<br>instructions | (f)<br>Code(s) from<br>instructions | (g)<br>Amount of<br>adjustment | (h)<br>Gain or (loss).<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g) |
|---|---|---|---|---|---|---|---|
| 1500.0000 sh. ALLIANCE COLLECTION SERVICE INC | Various | 12/18/14 | 300,000. | 91,500. | | | 208,500. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2 Totals.** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, **line 8b** (if **Box D** above is checked), **line 9** (if **Box E** above is checked), or **line 10** (if **Box F** above is checked) ▶ | | | 300,000. | 91,500. | | | 208,500. |

**Note.** If you checked Box D above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

Form **8949** (2014)

Form **8949**

Department of the Treasury
Internal Revenue Service

## Sales and Other Dispositions of Capital Assets

▶ Information about Form 8949 and its separate instructions is at *www.irs.gov/form8949*.

▶ File with your Schedule D to list your transactions for lines 1b, 2, 3, 8b, 9, and 10 of Schedule D.

OMB No. 1545-0074

**2014**

Attachment
Sequence No. **12A**

| Name(s) shown on return | Social security number or taxpayer identification number |
|---|---|
| BANKRUPTCY ESTATE OF HERBERT G ROGERS III | 30-64~7481 |

*Before you check Box A, B, or C below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either may show your basis (usually your cost) even if your broker did not report it to the IRS. Brokers must report basis to the IRS for most stock you bought in 2011 or later (and for certain debt instruments you bought in 2014 or later).*

**Part I**   **Short-Term.** Transactions involving capital assets you held 1 year or less are short term. For long-term transactions, see page 2.

**Note.** You may aggregate all short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the total directly on Schedule D, line 1a; you are not required to report these transactions on Form 8949 (see instructions).

**You must check Box A, B, *or* C below. Check only one box.** If more than one box applies for your short-term transactions, complete a separate Form 8949, page 1, for each applicable box. If you have more short-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

- ☐ **(A)** Short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
- ☐ **(B)** Short-term transactions reported on Form(s) 1099-B showing basis was **not** reported to the IRS
- ☐ **(C)** Short-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed (Mo., day, yr.) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis. See the *Note* below and see *Column (e)* in the separate instructions | Adjustment, if any, to gain or loss. If you enter an amount in column (g), enter a code in column (f). See the separate instructions. | | (h) Gain or (loss). Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| | | | | | (f) Code(s) from instructions | (g) Amount of adjustment | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2 Totals.** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, **line 1b** (if **Box A** above is checked), **line 2** (if **Box B** above is checked), or **line 3** (if **Box C** above is checked) ▶ | | | | | | | |

**Note.** If you checked Box A above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

For Paperwork Reduction Act Notice, see your tax return instructions.   BAA          REV 04/07/15 PRO          Form **8949** (2014)