

**SO ORDERED,**

*Judge Jason D. Woodard*

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                      CASE NUMBER:

**HERBERT G. ROGERS, III**                                                        11-15431

Debtor(s)

### ORDER APPROVING APPLICATION FOR ALLOWANCE OF COMPENSATION

There came on before me for consideration the Application for Allowance of Compensation filed by the Trustee on behalf of Ethel Mitchener, CPA, and that the Application for Allowance of Compensation on behalf of Ethel Mitchener is well-taken and should be approved, therefore,

**ORDERED** that the Application for Allowance of Compensation filed by the Trustee, Selene D. Maddox, on behalf of Ethel Mitchener, CPA, is approved and Ethel Mitchener is allowed compensation in the amount of $416.88.

### ### END OF ORDER###

Order Prepared by:

Selene D. Maddox, Attorney at Law
362 North Broadway St.
Tupelo, Ms. 38804
662-841-0061