CM/ECF statrept
(Rev. 01/04/17)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re: Herbert G Rogers, III<br>Debtor(s) | ) ) ) ) ) | Case No.: 11–15431–JDW<br>Chapter: 7<br>Judge: Jason D. Woodard |

## REQUEST FOR STATUS REPORT

Pursuant to monitoring performed by the staff of the Clerk of this Court, notice is hereby provided to the TRUSTEE:

The Clerk has not yet received either a copy of a Report of No Distribution or a copy of a Final Report and Accounting bearing a notation of the approval thereof by the U.S. Trustee.

Please provide a report as to the status of the above referenced case.

Dated: 4/26/19

                                               Shallanda J. Clay
                                               Clerk, U.S. Bankruptcy Court

                                               BY: VSD
                                                   Deputy Clerk