IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   HERBERT G. ROGERS, III,
         DEBTORS,                                      CASE NO.: 11-15431

BNA BANK,
     CREDITOR

## CREDITOR RESPONSE TO TRUSTEE'S OBJECTION TO PROOFS OF CLAIM

**COMES NOW**, BNA Bank, and in response to the Debtor's Objection to Proof of Claim and would show as follows:

Creditor, BNA Bank, admits it filed proofs of claim and would show unto the Court that the proofs of claim, and the supporting documents thereto, speak for themselves.

Creditor, BNA Bank admits the claim in the paragraph beginning with the word "The" and ending with "2013" of the Claims Objection.

Creditor, BNA Bank denies the allegations as they are set forth in the paragraph beginning with the word "During" and ending with "5".

Creditor, BNA Bank, denies the allegations and claims for relief as set forth in the paragraph beginning "WHEREFORE" and ending with "premises."

BNA BANK

BY:/s/ Matthew Y. Harris
MATTHEW Y. HARRIS
MS BAR NO. 99595

ATTORNEY FOR BNA BANK

OF COUNSEL:

THE LAW OFFICES OF MATTHEW Y. HARRIS, PLLC
Post Office Box 120
New Albany, MS 38652
(662) 539-7381
mharris@myharrislaw.com

CERTIFICATE OF SERVICE

I, Matthew Y. Harris, served a copy of the above and foregoing on June 24,, 2020, via the CM/ECF service to the Chapter 7 Trustee, the Jeffrey A. Levingston, jleving@bellsouth.net, the Office of the U.S. Trustee, USTPRegion05.AB.ECF@usdoj.gov.

So certified, this the 24rd day of June, 2020.

/s/ Matthew Y. Harris
Matthew Y. Harris