**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**In re:**

| | | |
|---|---|---|
| **Herbert G. Rogers, III** ) | **Case No.:** | **11-15431** |
| ) | | |
| ) | | |
| **Debtor(s)** ) | **Chapter:** | **11** |
| ) | | |
| ) | | |

## ORDER OF DENIAL
## FOR FAILURE TO SUBMIT A PROCEDURAL OR DISPOSITIVE ORDER

The Court having found that the moving party heretofore directed or required to provide a proposed procedural or dispositive order within the time required as to the Objection to Claim of Cordova Town Center Partnership  POC #21, having failed to submit such proposed order as required; it is hereby

**ORDERED, ADJUDGED** and **DECREED** that such Objection to Claim of Cordova Town Center Partnership  POC #21 be and the same is hereby **DENIED**.

##END OF ORDER##